EDWARD H. KUBO, JR.      #2499
United States Attorney

FLORENCE T. NAKAKUNI     #2286
Chief, Narcotics Section

MICHAEL K. KAWAHARA      #1460
Assistant U.S. Attorney
Room 6-100, Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Fax: (808) 541-2958
Mike.Kawahara@usdoj.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 0 8 2004

at ___ o'clock and ___ min. ___ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIM. NO. CR04-00256 SOM |
| Plaintiff, | INDICTMENT |
| VS. | [21 U.S.C. 846, 841(a)(1)] |
| HAROLD TORCUATO, (01)<br>JOSEPH LORENZO ANTONE, (02) | |
| Defendants. | |

### INDICTMENT

Count 1:

The Grand Jury charges that:

From a time unknown to the grand jury up through and including on or about June 22, 2004 in the District of Hawaii, defendants:

**HAROLD TORCUATO** (hereinafter "Torcuato") and
**JOSEPH LORENZO ANTONE** (hereinafter "Antone")

knowingly and intentionally conspired to distribute and to possess with intent to distribute fifty (50) grams or more of

methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance,

A violation of Title 21, United States Code, Section 841(a)(1).

## Overt Acts:

In furtherance of this conspiracy and in order to attain the objects thereof, the following overt acts, among others, were committed in the District of Hawaii:

1. On or about June 21, 2004, Antone spoke on the telephone.

2. On or about June 22, 2004, Antone spoke on the telephone.

3. On or about June 22, 2004, Antone entered room #643 at the Ala Moana Hotel.

4. On or about June 22, 2004, Torcuato entered room #643 at the Ala Moana Hotel.

5. On or about June 22, 2004, Torcuato delivered a bag containing methamphetamine.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

## Count 2:

The Grand Jury further charges that:

On or about June 22, 2004 in the District of Hawaii,

defendants:

**HAROLD TORCUATO** and
**JOSEPH LORENZO ANTONE**

knowingly and intentionally distributed fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance,

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

DATED: Honolulu, Hawaii, July 8, 2004.

A TRUE BILL.

/s/
GRAND JURY FOREPERSON


EDWARD H. KUBO, JR.
United States Attorney

FLORENCE T. NAKAKUNI
Chief, Narcotics Section

MICHAEL K. KAWAHARA
Assistant U.S. Attorney


USA v. Torcuato and Antone, USDC-Hawaii, Indictment.